

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00375-CV

| | | |
|---|---|---|
| In re Courtney Lee | § | Original Proceeding |
| | § | From the 89th District Court |
| | § | of Wichita County (57,660-C*1-2) |
| | § | November 14, 2016 |
| | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the petition for writ of mandamus and writ of prohibition filed by relator Courtney Lee.  It is ordered that the petition is dismissed as moot.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
      Chief Justice Terrie Livingston